# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUNICE ALCAZAR,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. 1:05-cv-0706 AWI TAG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS ON PLAINTIFF'S SOCIAL SECURITY COMPLAINT (Doc. 16)<br><br>ORDER DIRECTING REMAND PURSUANT TO SENTENCE FOUR of 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING THE CLERK TO ENTER JUDGMENT FOR PLAINTIFF EUNICE ALCAZAR AND AGAINST DEFENDANT MICHAEL J. ASTRUE |

　　Plaintiff Eunice Alcazar ("Plaintiff"), through counsel, filed a complaint seeking judicial review of an administrative decision denying her claim for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. § 401 et seq. (Doc. 1).  The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302(c)(15).

　　On August 9, 2007, after thoroughly reviewing the record and the parties' briefs, the Magistrate Judge issued findings and recommendations recommending that the case be remanded, pursuant to sentence four of 42 U.S.C. 405(g), and that Plaintiff's social security complaint be granted. (Doc. 16).  The findings and recommendations were served on the parties on August 9, 2007, and contained notice that any objections to the findings and recommendations were to be filed within fifteen (15) days of the date of service.  (Id.).  No objections have been filed.

　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), Federal Rule of Civil Procedure 72(b), and Local Rule 72-304, this Court has conducted a de novo review of the case.

1

Having carefully reviewed the entire file, the Court finds that the Magistrate Judge's findings and recommendations filed on August 9, 2009, are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendation filed on August 9, 2007, are ADOPTED IN FULL;
2. Plaintiff's complaint is GRANTED with respect to the issue of disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. § 401 et seq.;
3. The matter is ordered REMANDED, pursuant to sentence four of 42 U.S.C. § 405(g); and
4. The Clerk of Court is DIRECTED to enter judgment for Plaintiff Eunice Alcazar and against Defendant Michael J. Astrue, and to close this action.

IT IS SO ORDERED.

**Dated:  September 18, 2007**                     **/s/ Anthony W. Ishii**
                                                  UNITED STATES DISTRICT JUDGE